UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   ROBERT SCOTT                                Case No.: 08-33354
         ERMA SCOTT

         Debtor(s)

------------------------------------------------------------------------

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/05/2008.

2) This case was confirmed on 02/18/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/26/2009.

5) The case was dismissed on 03/10/2010.

6) Number of months from filing to the last payment: 13

7) Number of months case was pending: 18

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    3,085.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 1,752.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 1,752.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 1,601.89 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 120.11 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 1,722.00 |
| Attorney fees paid and disclosed by debtor | $ | 46.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TAX RELIEF INC | UNSECURED | 3,000.00 | 4,335.00 | 4,335.00 | .00 | .00 |
| GREAT AMERICAN FINAN | SECURED | 500.00 | 500.00 | 500.00 | 30.00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 923.00 | 781.51 | 781.51 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 1,387.00 | 1,186.97 | 1,186.97 | .00 | .00 |
| UNIVERSITY SURGEONS | UNSECURED | 318.00 | 318.00 | 318.00 | .00 | .00 |
| AFFILIATED RADIOLOGI | UNSECURED | 3,974.00 | NA | NA | .00 | .00 |
| AFFILIATED RADIOLOGI | UNSECURED | 33.20 | NA | NA | .00 | .00 |
| AFFILIATED RADIOLOGI | UNSECURED | 418.50 | NA | NA | .00 | .00 |
| AFFILIATED RADIOLOGI | UNSECURED | 152.80 | NA | NA | .00 | .00 |
| FIRST CASH | UNSECURED | 280.00 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| APELIES | UNSECURED | 914.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 280.00 | 280.00 | 280.00 | .00 | .00 |
| BEDFORD FAIR | UNSECURED | 57.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 551.00 | 551.22 | 551.22 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 576.52 | 350.59 | 350.59 | .00 | .00 |
| CHARLES GILBERT MD | UNSECURED | 468.00 | NA | NA | .00 | .00 |
| CHRISTOPHER COOGAN | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 7,370.00 | 9,822.90 | 9,822.90 | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| CLERK OF THE CIRCUIT | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | 579.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 125.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| SBC | UNSECURED | 156.00 | NA | NA | .00 | .00 |
| GREAT LAKES LN CENTE | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| HIGH PRIORITY COMMUN | UNSECURED | 900.84 | NA | NA | .00 | .00 |
| ICS | UNSECURED | 1,637.08 | NA | NA | .00 | .00 |
| NWMFF | UNSECURED | 736.00 | NA | NA | .00 | .00 |
| NWMFF | UNSECURED | 635.00 | NA | NA | .00 | .00 |
| NWMFF | UNSECURED | 123.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 776.00 | 814.65 | 814.65 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 4,684.17 | 4,949.16 | 4,949.16 | .00 | .00 |
| LOAN EXPRESS CO INC | UNSECURED | 970.16 | NA | NA | .00 | .00 |
| MACNEAL HEALTH NETWO | UNSECURED | 94.71 | NA | NA | .00 | .00 |
| ADVANCED MRI CHICAGO | UNSECURED | 298.00 | NA | NA | .00 | .00 |
| ADVANCED MRI CHICAGO | UNSECURED | 140.00 | NA | NA | .00 | .00 |
| RUSH UNIV GASTRO | UNSECURED | 330.00 | NA | NA | .00 | .00 |
| ADVANCED MRI CHICAGO | UNSECURED | 298.00 | NA | NA | .00 | .00 |
| MEDICAL BUSINESS BUR | UNSECURED | 298.60 | NA | NA | .00 | .00 |
| MEDICAL RECOVERY SPE | UNSECURED | 760.45 | NA | NA | .00 | .00 |
| MEDICAL RECOVERY SPE | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| MEDICAL RECOVERY SPE | UNSECURED | 137.25 | NA | NA | .00 | .00 |
| MEDICAL RECOVERY SPE | UNSECURED | 227.75 | NA | NA | .00 | .00 |
| MEDICAL RECOVERY SPE | UNSECURED | 336.50 | NA | NA | .00 | .00 |
| MEDICAL RECOVERY SPE | UNSECURED | 106.10 | NA | NA | .00 | .00 |
| MEDORIZON | UNSECURED | 270.00 | NA | NA | .00 | .00 |
| SCHECK SIRESS | UNSECURED | 171.00 | NA | NA | .00 | .00 |
| RUSH DERMATOLOGY PAT | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| MERCHANTS CREDIT GUI | UNSECURED | 251.20 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 1,840.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 626.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 521.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 338.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 290.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 276.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 245.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 142.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 525.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 432.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 231.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 135.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEDICAL | UNSECURED | 1,587.08 | NA | NA | .00 | .00 |
| NORTHWESTERN MEDICAL | UNSECURED | 1,287.08 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 805.72 | NA | NA | .00 | .00 |
| OPEN ADVANCED MRI CH | UNSECURED | 298.60 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MT SINAI HOPITAL MED | UNSECURED | 931.50 | NA | NA | .00 | .00 |
| PAYDAY LOAN CORPORAT | UNSECURED | 672.43 | NA | NA | .00 | .00 |
| PAYDAY LONAS INC | UNSECURED | 353.60 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 411.00 | NA | NA | .00 | .00 |
| ZALUSTSY & PINSKI LT | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 594.00 | 594.46 | 594.46 | .00 | .00 |
| TCF BANK | UNSECURED | 242.00 | NA | NA | .00 | .00 |
| PRT | UNSECURED | 349.00 | NA | NA | .00 | .00 |
| RECOVERY RESOURCES | UNSECURED | 626.75 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MED | UNSECURED | 1,614.40 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 728.00 | NA | NA | .00 | .00 |
| US BANK | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| NEIGHBORHOOD HOUSING | OTHER | .00 | NA | NA | .00 | .00 |
| KEISHA SCOTT | OTHER | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | NA | 831.37 | 831.37 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 500.00 | 30.00 | .00 |
| **TOTAL SECURED:** | 500.00 | 30.00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 1,186.97 | .00 | .00 |
| **TOTAL PRIORITY:** | 1,186.97 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 23,628.86 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,722.00 |
| Disbursements to Creditors | $ | 30.00 |
| **TOTAL DISBURSEMENTS:** | $ | 1,752.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   06/10/2010                                          /s/ Tom  Vaughn
                                                            Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**